Case 2:11-cv-01970-TLN-EFB   Document 86   Filed 10/10/14   Page 1 of 1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE THIEL PAYNE,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTIN, et al.,<br><br>        Defendants. | No. 2:11-cv-1970-TLN-EFB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On October 1, 2014, plaintiff filed a request for an extension of time. That request, ECF No. 85, is denied. Plaintiff filed his pretrial statement on July 30, 2014, and the court will issue a pretrial order in due course.

So ordered.

Dated: October 9, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE